UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JONATHAN MARTINEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTERNATIONAL GOURMET FOODS, INC. )<br>)<br>Defendant. )<br>) | Civil Action No: 1:15-cv-01036-TSE-TCB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jonathan Martinez and Defendant International Gourmet Foods, Inc., by and through undersigned counsel, hereby stipulate to the dismissal of this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs, including attorneys' fees.

Dated: October 5, 2015

So Ordered

T. S. Ellis, III
United States District Judge

/s/ Virginia R. Diamond
Virginia R. Diamond (VSB No. 20992)
Craig A. Brown (VSB No. 29385)
ASHCRAFT & GEREL, LLP
4900 Seminary Rd., Suite 650
Alexandria, VA 22311
Telephone: (703) 627-5510
Facsimile: (703) 820-0630
vdiamond@ashcraftlaw.com

*Counsel for Plaintiff*

/s/ David Barmak
David Barmak (VSB No. 15853)
Alta M. Ray (VSB No. 87023)
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY AND POPEO, PC
701 Pennsylvania Avenue NW
Suite 900
Washington, DC 20004
Telephone: (202) 434-7300
Facsimile: (202) 434-7400
DBarmak@mintz.com
AMRay@mintz.com

*Counsel for Defendant*